# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: lubarron | Date Created: 12/17/2015 |
| Case: 15−53837 | Form ID: pdfpln | Total: 9 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
tr      Devin Derham−Burk     ctdocs@ch13sj.com
aty     Nancy Weng     nweng@trinhlawfirm.com

                                                                                                                     TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Majid Marhamat     18394 Montpere Way     Saratoga, CA 95070
smg         State Board of Equalization     Attn: Special Procedures Section, MIC:55     P.O. Box 942879     Sacramento, CA 94279
smg         CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
smg         CA Franchise Tax Board     Attn: Special Procedures     P.O. Box 2952     Sacramento, CA 95812−2952
smg         IRS     P.O. Box 7346     Philadelphia, PA 19101−7346
14202462     Verenice Sandoval     212 Prince St     Los Gatos, CA 95032

                                                                                                                     TOTAL: 6