# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–5 | User: lubarron | | Date Created: 3/28/2016 |
| Case: 15–53837 | Form ID: 309E | | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Majid Marhamat | 18394 Montpere Way | Saratoga, CA 95070 |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. 280 S 1st St. #268 | San Jose, CA 95113–3004 |
| cr | United States Attorney's Office | 450 Golden Gate Avenue Box 36055, 11th Floor Tax Division | San Francisco, CA 94102 |
| cr | Nationstar Mortgage, LLC | c/o Prober & Raphael, A Law Corporation 20750 Ventura Blvd., Ste 100 | Woodland Hills, CA 91365 |
| aty | Arnold L. Graff | Aldridge Pite, LLP 4375 Jutland Dr. #200 P.O.Box 17933 | San Diego, CA 92177–0933 |
| aty | Dean R. Prober | Prober and Raphael 20750 Ventura Blvd. #100 | Woodland Hills, CA 91364 |
| aty | Jose Apolinar Olivera | US Attorney's Office 450 Golden Gate Ave. | San Francisco, CA 94102 |
| aty | Lars T. Fuller | The Fuller Law Firm 60 N Keeble Ave. | San Jose, CA 95126 |
| aty | Lynette C. Kelly | U.S. Office of the U.S. Trustee 1301 Clay St. | Oakland, CA 94612 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures P.O. Box 2952 | Sacramento, CA 95812–2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 |
| 14241491 | Franchise Tax Board | Bankruptcy Section MS A340 P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 14212009 | Internal Revenue Service | Centralized Insolvency Operation Post Office Box 7346 | Philadelphia, PA 19101–7346. |
| 14281952 | Nationstar Mortgage, LLC | C/O PROBER & RAPHAEL, A LAW CORPORATION 20750 Ventura Boulevard, Suite 100 | Woodland Hills, California 91364 |
| 14289320 | Nationstar Mortgage, LLC | c/o ALDRIDGE PITE, LLP 4375 Jutland Drive, Suite 200 P.O. Box 17933 | San Diego, CA 92177–0933 |
| 14297236 | Office of the United States Trustee | Attn: Lynette C. Kelly 1301 Clay Street, Suite 690N | Oakland, CA 94612–5231 |
| 14235753 | State Board of Equalization | Special Ops, MIC:55 PO Box 942879 | Sacramento, CA 94279–0055 |
| 14202462 | Verenice Sandoval | 212 Prince St | Los Gatos, CA 95032 |

TOTAL: 21