IN RE:            Case No. **15-53837-MEH**

**Majid, Marhamat**        Chapter **11**

Debtor(s)

## AMENDED CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **2** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **March 30, 2016**

*/s/ Lars Fuller*
Signature of Debtor's Attorney or Pro Per Debtor

Chase Card
201 N Walnut St # De1-1027
Wilmington, DE  19801-2920


Franchise Tax Board
PO Box 2952
Sacramento, CA  95812-2952


Greenpoint Mortgage Funding, Inc.
33 San Pablo Ave
San Rafael, CA  94903-4199


Hamid Marhamat
212 Prince St
Los Gatos, CA  95032-1113


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


IRS
2525 Capitol St
Fresno, CA  93721-2227


Nationstar Mortgage
PO Box 650783
Dallas, TX  75265-0783

Nordstrom/td
13513 E Caley Ave
Englewood, CO   80111-6504


Pari Marhamat
5294 Elmwood Dr
San Jose, CA   95130-1817


Revmd Partners Llc
1111 Pasquinelli D
Westmont, IL   60559


State Board of Equalization
PO Box 942879
Sacramento, CA   94279-0001


Trinh Law
Trinh Law
99 N 1st St Ste 200
San Jose, CA   95113-1203


Verenice Sandoval
18394 Montpere Way
Saratoga, CA   95070-4746