LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MAJID MARHAMAT<br><br>    Debtor | Case No.: 15-53837-MEH<br><br>CHAPTER 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date:    May 5, 2016<br>Time:   10:30 a.m.<br>Court:  3020 |

     Come now Debtor MAJID MARHAMAT debtor and debtor-in-possession in the above-referenced proceeding and respectfully submits the following status conference statement:

**BACKGROUND**

     This is predominantly a tax case that was originally filed on Dec. 3, 2015 by Trinh Law Firm.  On Feb. 2, 2016 Devin Derham-Burk filed a motion to dismiss the case asserting that debtor does not meet the debt limits under 11 U.S.C.§109(e ).  The Fuller Law Firm, P.C. substituted into the case on Feb. 26, 2016 and promptly moved to convert the case to a case under Chapter 11.

This will be a difficult case. Debtor must address three main issues.

IRS

First, the IRS has filed a claim for $485,951 of which $480,149.25 is priority. This tax liability is for civil penalties for trust fund taxes from Wisal Ameen, Inc. DBA Bank Auto Sales, a now defunct corporation. From Jan. 1, 1999 to 2004 Debtor was a 40% principal together with Hamid Azarbayejani. However Hamid operated the business and controlled all bank accounts. Debtor received a base salary but no profits. Hamid is in prison.

Debtor has sought to employ David Lee, an attorney that handles tax cases to determine whether he has a basis to avoid the civil penalties under non-bankruptcy law. If not, debtor will ask the IRS to extend the 5 year repayment limit and seek contribution from family to repay this priority obligation.

BOE

The BOE filed a secured claim for $415,766.41. Debtor will need to examine the amount if any that was under-secured and dischargeable in debtor's prior Chapter 7 filing.

Mortgage Arrears

Per POC No 5 filed in the herein case debtor was $250,516.64 in arrears on his first trust deed on his primary residence. Unless debtor obtains a loan modification, these will need to be cured through a plan.

**STATUS OF CASE**

IDI

The IDI has been completed.

### 341 Meeting

Debtor attended the 341 meeting. Debtor was examined for one hour. A continued 341 is set for further examination because the undersigned had a Court appearance that required adjournment of the 341 Meeting before it was completed.

### Motions

Debtor receives $800/month from his girlfriend who resides in his household. If so directed, Debtor will file a motion for use of cash collateral

### DIP

Debtor opened a Debtor in Possession account at California Bank and Trust.

### Insurance

All assets are insured

### Retention of Professionals

Debtor has submitted an application to employ David Lee to evaluate Debtor's liability to the IRS.

### Combined Plan

Because the IRS claim and BOE claim have to be resolved first, debtor does not anticipate filing a Combined Plan until QIV 2016.

Dated: April 27, 2016

THE FULLER LAW FIRM, P.C.

By: /s/ Lars T. Fuller
Lars T. Fuller
Attorney for Debtor