LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                    ) Case No.: 15-53837-MEH
                                          )
                                          ) CHAPTER 11
                                          )
MAJID MARHAMAT                            ) **STATUS CONFERENCE STATEMENT**
                                          )
    Debtor                                ) Date:   Nov. 17, 2016
                                          ) Time:   10:30 a.m.
                                          ) Court:  3020
                                          )
_____)

   Comes now Debtor MAJID MARHAMAT debtor-in-possession in the above-referenced proceeding and respectfully submits the following status conference statement:

**BACKGROUND**

   This case is about substantial tax arrears to the IRS and State Board of Equalization and mortgage arrears. Debtor, represented by Trinh Law Firm filed the herein case as a Chapter 13 on Dec. 3, 2015. The Fuller Law Firm, P.C. substituted into the case on Feb. 26, 2016 and promptly moved to convert the case to a case under chapter 11.

   The IRS filed a claim for $485,951 of which $480,149.25 is priority. This tax liability

was asserted to be for civil penalties for trust fund taxes from Wisal Ameen, Inc. DBA Bank Auto Sales, a now defunct corporation. From Jan. 1, 1999 to 2004 Debtor was a 40% principal together with Hamid Azarbayejani. However, Hamid operated the business and controlled all bank accounts. Debtor received a base salary but no profit. Hamid is in prison.

Mr. Lee, who has special expertise in Section 6672 actions was able to prevail as to the IRS. It filed an amended claim deleting its civil penalties.

Debtor is attempting to convince the BOE, to the extent that it "piggy backs" off the IRS and for the same substantive reasons, to likewise delete its claim for civil penalites.

Even so, debtor has to cure $250,516.64 in mortgage arrears through the plan or obtain a loan modification. Debtor contends that if necessary, he may be able to solicit family assistance to cure arrears.

<u>Request</u>

This remains a difficult case. Debtor seeks a further continuance. A Combined Plan can be filed within two weeks after resolution of the BOE claim.

Dated: Nov. 16, 2016

          THE FULLER LAW FIRM, P.C.

         By: <u>/s/ Lars T. Fuller</u>
          Lars T. Fuller
          Attorney for Debtor