LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 15-53837-MEH |
| | CHAPTER 11 |
| MAJID MARHAMAT | **STATUS CONFERENCE STATEMENT** |
| Debtor | Date: Feb. 16, 2017<br>Time: 10:30 a.m.<br>Court: 3020 |

Comes now Debtor MAJID MARHAMAT and respectfully submits the following status conference statement:

**BACKGROUND**

This case is about substantial tax arrears to the IRS and State Board of Equalization and mortgage arrears. Debtor, represented by Trinh Law Firm filed the herein case as a Chapter 13 on Dec. 3, 2015. The Fuller Law Firm, P.C. substituted into the case on Feb. 26, 2016 and promptly moved to convert the case to a case under chapter 11.

. From Jan. 1, 1999 to 2004 Debtor was a shareholder of Wisal Ameen, Inc. DBA Bank Auto Sales, a now defunct corporation. Hamid Azarbayejani was the other principal. Hamid

operated the business and controlled all bank accounts. Debtor received a base salary but no profit. Hamid is in prison.

### IRS Claim

The IRS had filed a claim for $485,951 of which $480,149.25 is priority. This tax liability was asserted to be for civil penalties for trust fund taxes from Wisal Ameen, Inc. On April 6, 2016 the IRS eliminated all civil penalties and amended its claim to zero. Then on Sept. 20, 2016 the IRS again amended its claim to $18,389.18 of which $12,606.76 is priority.

### BOE

The BOE filed a secured claim for $415,766.41. Responsive to counsel's requests, in Dec. 2016, the BOE produced about 150 pages of documents. These documents purport to show that Debtor was a manager of Wisal Ameen, Inc., the Secretary and that he signed some paychecks. Counsel is evaluating whether to bring an adversary proceeding regarding the validity of the debt.

### Mortgager Arrears

Debtor has $250,516.64 in pre-petition mortgage arrears. He has applied for a mortgage modification.

### Request

This remains a difficult case. Debtor seeks a further continuance.

Dated: Feb. 9, 2017

                               THE FULLER LAW FIRM, P.C.

                               By: /s/ Lars T. Fuller
                                    Lars T. Fuller
                                    Attorney for Debtor