LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:  ) Case No.: 15-53837-MEH
        )
        ) CHAPTER 11
        )
MAJID MARHAMAT ) **STATUS CONFERENCE STATEMENT**
        )
  Debtor ) Date: Apr 20, 2017
        ) Time: 10:30 a.m.
        ) Court: 3020
        )
_____ )

Comes now Debtor MAJID MARHAMAT and respectfully submits the following status conference statement:

**BACKGROUND**

This case is about substantial tax arrears to the IRS and State Board of Equalization and mortgage arrears.

IRS Claim

The IRS had filed a claim for $485,951 of which $480,149.25 is priority. This tax liability was asserted to be for civil penalties for trust fund taxes from Wisal Ameen, Inc. On April 6, 2016 the IRS eliminated all civil penalties and amended its claim to zero. Then on

Sept. 20, 2016 the IRS again amended its claim to $18,389.18 of which $12,606.76 is priority. Debtor believes it is feasible to deal with these claims in a plan.

### BOE

The BOE filed a secured claim for $415,766.41. Responsive to counsel's requests, in Dec. 2016, the BOE produced about 150 pages of documents. These documents purport to show that Debtor was a manager of Wisal Ameen, Inc., the Secretary and that he signed some paychecks

An adversary proceeding to determine the validity and extent of debt was filed on March 17, 2017. The summons issued and the complaint was served on March 27, 2017. The answer is not yet due and has not yet been filed.

### Mortgager Arrears

Debtor has $250,516.64 in pre-petition mortgage arrears. Counsel and debtor sat down to provide information on the mortgage modification. It is pending.

### Plan

The issue with any plan that is proposed will be feasibility. Here is how things may play out:

| Mortgage Modification | BOE Complaint | Feasibility |
|---|---|---|
| If granted | If debtor prevails | Debtor can propose a feasible plan |
| If granted | If debtor fails to prevail | Debtor can propose a feasible plan only with significant family assistance or a stipulation to extend statutory repayment term |
| If not granted | If debtor prevails | Debtor can propose a feasible with a long repayment plan and/or family assistance |
| If not granted | If debtor does not prevail | Unlikely debtor will be able to propose a feasible plan |

Counsel can propose a plan now, but it would have to be in the alternative with the possible outcomes set forth above.

MOR's

All are current.

Debtor now understands the consequences of a failed plan. He will be present at the status conference.

Dated: April 13, 2017

THE FULLER LAW FIRM, P.C.

By: /s/ Lars T. Fuller
Lars T. Fuller
Attorney for Debtor