LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                   ) Case No.: 15-53837-MEH
                                         )
                                         ) CHAPTER 11
                                         )
MAJID MARHAMAT                           ) **STATUS CONFERENCE STATEMENT**
                                         )
    Debtor                               ) Date:    June, 2017
                                         ) Time:    10:30 a.m.
                                         ) Court:   3020
                                         )
_____  )

    Comes now Debtor MAJID MARHAMAT and respectfully submits the following status conference statement:

    Debtor filed his Combined Plan on June 14, 2017 and set it for hearing on the disclosure statement aspects of the Combined Plan. The hearing date is July 20, 2017. Because of family assistance, debtor contends that the Combined Plan is now feasible regardless of the outcome of the loan modification application and/or the adversary proceeding against the State Board of Equalization.

    Debtor's MOR's are current through April 2017.

Dated: June 19, 2017

THE FULLER LAW FIRM, P.C.

By: /s/ Lars T. Fuller
Lars T. Fuller
Attorney for Debtor