LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MAJID MARHAMAT<br><br>    Debtor | Case No.: 15-53837-MEH<br><br>CHAPTER 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date:   Sept 6, 2017<br>Time:  10:30 a.m.<br>Court:  3020 |

    Comes now Debtor MAJID MARHAMAT and respectfully submits the following status conference statement:

    Debtor had filed his Combined Plan on June 14, 2017 and set it for hearing on July 20, 2017. There were several issues pending at the time of the proposal of the plan: (1) a loan modification; (2) a pending adversary proceeding as to the validity and extent of the BOE claim; and (3) the reopening of a prior Chapter 7 case to avoid various judicial liens. Hence the plan was proposed in the alternative.

These issues have now been narrowed. The loan modification was denied. The BOE (now the CDTFA)[1] abated its claim and the adversary proceeding was dismissed. The prior Chapter 7 was reopened and motions to avoid liens were filed.

Debtor filed a Combined Plan dated Aug 28, 2 017 which is only contingent on orders avoiding liens in the prior Chapter 7 case.

Debtor contends that the Combined Plan dated Aug. 28, 2017 is feasible.

Debtor's MOR's are current through July 2017.

Dated: Aug. 30, 2017

THE FULLER LAW FIRM, P.C.

By: /s/ Lars T. Fuller
Lars T. Fuller
Attorney for Debtor

---

[1] The California legislator enacted AB-102 which transferred the duties and responsibilities of the BOE to the Department of Tax and Fee Administration (CDTFA).