LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MAJID MARHAMAT<br><br>Debtor | Case No.: 15-53837-MEH<br><br>CHAPTER 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: Nov. 2, 2017<br>Time: 10:30 a.m.<br>Court: 3020 |

Comes now Debtor MAJID MARHAMAT and respectfully submits the following status conference statement:

Debtor had filed his Combined Plan on Aug. 28, 2017 and set it for hearing on Sept. 28, 2017. The Combined Plan accounted for the resolution of the IRS claim and BOE claim (and adversary proceeding). The only outstanding issues were related to the reopening of a prior Chapter 7 and the avoidance of various statutory liens.

The status of avoiding those liens is as follows:

| CREDITOR | AMOUNT | STATUS OF FILINGS |
|---|---|---|
| Nissan (Recorded 12/29/2004) | $2,328,308 | Order recorded 9/26/2017 |
| IRS (Recorded 1/14/2005) | $279,950 | Denied 9/28/2017; not refiled |
| SBOE (Recorded 1/25/2005) | $255,741 | Denied 9/28/2017; not refiled |
| Rescomm Holding (Recorded 12/15/2005) | $38,327 | Order recorded 9/26/2017 |
| Sazesh dba Baywatch (Recorded 10/3/2006) | $59,023 | Refiled 9/28; Req for Order 10/26 |
| FTB (Recorded 3/1/2007) | $1,868 | Denied 9/28/2017; not refiled |
| Mission Nat. Bk (Recorded 3/14/2007) | $8,126 | Stipulation |
| Unifund (Recorded 7/2/2007) 19491252 | $16,880 | Order recorded 9/26/2017 |
| Discover (Recorded 8/2/2007) | $13,554 | Order recorded 9/26/2017 |
| Wells Fargo (Recorded 9/13/2007) | $121,574 | Denied 9/28/2017; not refiled |
| Unifund (Recorded 5/19/2008) 19857049 | $23,657 | Order recorded 9/26/2017 |
| Wu and Men (Recorded 8/18/2008) | $267,860 | Refiled 10/6; Creditor requested hearing |

The Wells Fargo lien appears to have been mis-recorded. This will need to be resolved. The tax liens are resolved by claims filed in the Chapter 11 or by stipulation. The Weu and Men lien, however, may delay approval of the disclosure statement as proposed. Because these creditors, notwithstanding the execution of a grant deed, are claiming an equitable interest in debtor's residence, an adversary proceeding may need to be filed in either the herein Chapter 11 case or in the Chapter 7 case.

Dated: Oct. 26, 2017           THE FULLER LAW FIRM, P.C.

                               By: /s/ Lars T. Fuller
                                   Attorney for Debtor