U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re: Majid Maharmat
BK Case No.: 15-53837-MEH

# CERTIFICATE OF SERVICE

I, Claudia Flores, declare that I am a resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is 60 North Keeble Avenue, San Jose, California 95126. On this date I served the following documents on the person named below by faxing a true copy thereof to the fax number indicated below or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at San Jose, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

1. Status Conference Statement

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on *November 30, 2017* at San Jose, California.

/s/ Claudia Flores

**ELECTRONIC SERVICE LIST:**
U.S. Trustee, 280 South 1st Street, #130, San Jose, CA 95113
Prober & Rafael, a law Corporation, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364
Aldridge Pite, LLP 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177

**MAIL SERVICE LIST:**

Office of the US Trustee
Attn: Minnie Loo
450 Golden Gate Avenue, Suite 5-0153
San Francisco, CA 94102-3661