UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
Majid Marhamat_____ ) Bankruptcy No.15-53837
)
                  Debtor )
)
_____ Plaintiff )
)
       vs. ) Adversary No. _____
)
_____ )
)
             Defendant )
)
_____ )

## STIPULATION APPOINTING RESOLUTION ADVOCATE
## AND ASSIGNMENT TO THE BANKRUPTCY
## DISPUTE RESOLUTION PROGRAM

IT IS HEREBY STIPULATED by and between all parties to the Wu v Marhamat dispute entitled herein, that pursuant to B.L.R. 9044-1, this matter be referred to the Bankruptcy Dispute Resolution Program. The parties have conferred and have agreed that the following individuals are mutually acceptable for appointment as Resolution Advocate and Alternate Resolution Advocate in this matter:

| Resolution Advocate: | Alternate: |
|---|---|
| Charles Maher | Alexandra DeLateur |
| Name | Name |
| 268 Bush St., No. 3335 | 2310 Homestead Rd., St C-1-527 |
| Address | Address |
| San Francisco, CA 94104 | Los Altos, CA 94024 |
| City, State, Zip | City, State, Zip |
| 415 996-8280 | 408 204-4869 |
| Telephone | Telephone |

The matter concerns (select one):

( ) Breach of Contract      ( ) Classification of Claims      ( ) Construction Issues

( ) Dischargeability      ( ) Injunctive or Declaratory Relief      x( ) Lien Avoidance

( ) Multiple Litigations      ( ) Objection to Claim      ( ) Objection to Plan Confirmation

( ) Preference / Fradulent Conveyance      x( ) Real Estate Issues      ( ) Validity of Lien

( ) Violation of Stay      (x ) Other: enforcement of St. Court Judgment

The attorneys for the parties are:

| Attorney for: Debtor Majid Marhamat<br>Lars T. Fuller | Attorney for: Lawrence Wu and Mealea Men<br>Mark. Oto |
|---|---|
| Name | Name |
| 60 No. Keeble Ave,. | 255 North Market St., Suite 260 |
| Address | Address |
| San Jose, CA 95126 | San Jose, CA 95110 |
| City, State, Zip | City, State, Zip |
| 408 295-5595 | 408 993-0303 |
| Telephone | Telephone |
| /s/Lars T. Fuller | /s/ Mark Oto |
| Signed | Signed |
| 1-12-2018 | 2-6-2018 |
| Dated | Dated |

*Revised November 2, 2006*