In re: Majid Maharmat
BK Case No.: 15-53837-MEH

# CERTIFICATE OF SERVICE

    I, Claudia Flores, declare that I am a citizen and resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is 60 North Keeble Avenue, San Jose, California 95126. On this date I served the following documents on the person named below by faxing a true copy thereof to the fax number indicated below or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at San Jose, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

1. **Stipulation appointing resolution advocate and assignment to the Bankruptcy Dispute Resolution Program**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on ***February 21, 2018*** at San Jose, California.

                                                   /s/ Claudia Flores

**ELECTRONIC SERVICE LIST:**
U.S. Trustee, 280 South 1st Street, #130, San Jose, CA 95113
Office of U.S. Trustee, Attn: Minnie Loo, 450 Golden Gate Ave., Suite 5-0153, San Francisco CA 94102-3661

**MAIL SERVICE LIST:**

Charles Maher, Esq.
268 Bush St. No. 3335
San Francisco, CA 94104

Alexandra DeLateur, Esq.
2310 Homestead Rd., Ste. C-1-527
Los Altos, CA 94024

Mark Oto, Esq.
255 North Market St., Suite 260
San Jose, CA 95110