LARS T. FULLER (No. 141270)
SAMAN TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: ) Case No.: 15-53837-MEH
)
MAJID MARHAMAT ) **DECLARATION OF ATTORNEY IN**
) **SUPPORT OF MOTION TO DISMISS**
Debtor )
) CHAPTER 11
)
) Date: May 3, 2018
) Time: 10:30 A.M.
) Courtroom: 3020
)

I, Lars Fuller, declare and say:

1. I am an attorney at law and a principal of The Fuller Law Firm, P.C. attorneys for debtor herein.

2. On Dec. 13, 2015 The Fuller Law Firm, P.C. substituted into the herein case and moved to convert the case to a case under Chapter 11.

3. Debtor's scheduled unsecured creditors are as follows:

| | | |
|---|---|---|
| | FTB | $125.99 (of which $12.66 is priority) |
| | IRS | $18,389.18 (of which $12,606.76 is priority) |
| | Trinh Law | $5,500 |
| | Pari Marhamat (insider) | $19,000 |
| | Verenice Sandoval (fiancé) | $10,000 |

3. Debtor wants to retain the house but in light of the State Court judgment, the undersigned is unable to propose such a plan. If unable to retain the residence, debtor no longer wishes to be in Chapter 11.

4. Debtor filed a prior Chapter 7 case on Sept. 9, 2010 and received a Chapter 7 discharge on Dec. 8, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2018

THE FULLER LAW FIRM, P.C.

By: */s/ Lars T. Fuller*
LARS T. FULLER
Attorney for Debtor