U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re: Majid Maharmat
BK Case No.: 15-53837-MEH

# CERTIFICATE OF SERVICE

I, Joyce K. Lau, declare that I am a citizen and resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is 60 North Keeble Avenue, San Jose, California 95126. On this date I served the following documents on the person named below by faxing a true copy thereof to the fax number indicated below or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at San Jose, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

1. Motion to Dismiss
2. Declaration of Attorney in support of Motion to Dismiss
3. Memorandum of Points & Authorities in support of Motion to Dismiss
4. Notice of Hearing on Motion to Dismiss

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on *April 5, 2018* at San Jose, California.

/s/ Joyce K. Lau

**ELECTRONIC SERVICE LIST:**

U.S. Trustee, 280 South 1st Street, #130, San Jose, CA 95113
Office of U.S. Trustee, Attn: Lynette C. Kelly, 1301 Clay St., Suite 690N, Oakland CA 94612-5231

**MAIL SERVICE LIST:**

Aldridge Pite, LLP.
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364


SEE LIST ATTACHED.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-53837<br>Northern District of California<br>San Jose<br>Thu Apr  5 14:04:35 PDT 2018 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| California Dept. of Tax & Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0055 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Nationstar Mortgage, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd., Ste 100<br>Woodland Hills, CA 91364-6207 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | United States Attorney's Office<br>450 Golden Gate Avenue<br>Box 36055, 11th Floor<br>Tax Division<br>San Francisco, CA 94102-3432 |
| Wells Fargo Bank, National Association, Succ<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wilmington Trust, National Association, not<br>c/o Fay Servicing, LLC<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006-3357 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 |
| Chase Card<br>201 N Walnut St # De1-1027<br>Wilmington, DE 19801-2920 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Greenpoint Mortgage Funding, Inc.<br>33 San Pablo Avenue<br>San Rafael, CA 94903-4199 |
| Hamid Marhamat<br>212 Prince St<br>Los Gatos, CA 95032-1113 | IRS<br>2525 Capitol St<br>Fresno, CA 93721-2227 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Nationstar Mortgage, LLC<br>C/O PROBER & RAPHAEL, A LAW CORPORATION<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364-6207 | Nationstar Mortgage, LLC<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Nordstrom/td<br>13513 E Caley Ave<br>Englewood, CO 80111-6504 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5231 | Pari Marhamat<br>5294 Elmwood Drive<br>San Jose, CA 95130-1817 |
| Revmd Partners Llc<br>1111 Pasquinelli D<br>Westmont, IL 60559-1241 | State Board of Equalization<br>Special Ops, MIC:55<br>PO Box 942879<br>Sacramento, CA  94279-0055 | Trinh Law<br>99 N 1st Street Ste 200<br>San Jose, CA 95113-1203 |
| Verenice Sandoval<br>18394 Montpere Way<br>Saratoga, CA 95070-4746 Case: | Verenice Sandoval<br>212 Prince St<br>Los Gatos, CA 95032-1113 | Wells Fargo Bank, et al<br>Nationstar Mortgage LLC<br>PO BOX 619096<br>Dallas, TX 75261-9096 |

| | | |
|---|---|---|
| Wells Fargo Bank, et al<br>c/o Nationstar Mortgage LLC<br>PO BOX 619096<br>Dallas, TX 75261-9096 | Wilmington Trust, National Association,<br>Fay Servicing, LLC<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006-3357 | Charles P.(ra) Maher<br>Luce, Forward, Hamilton and Scripps<br>121 Spear St. #200<br>San Francisco, CA 94105-1582 |
| David S. Lee<br>PO Box 4310<br>Mountain View, CA 94040-0310 | ~~Lars K. Fuller~~<br>~~The Fuller Law Firm~~<br>~~60 N. Keeble Ave~~<br>~~San Jose, CA 95126-2723~~ | Majid Marhamat<br>18394 Montpere Way<br>Saratoga, CA 95070-4746 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | (d)State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279-0001 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Jena Siress-McCelleis | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                  36 |