Law Offices of Mark K. Oto
MARK K. OTO, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

Attorney for Moving Party
Lawrence Wu and Mealea Men

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Majid Marhamat,<br><br>    Debtor.<br>_____<br><br>Lawernce Wu and Mealea Men<br><br>    Moving Party,<br><br>v.<br><br>Majid Marhamat;<br>Debtor in Possession,<br><br>    Respondent(s).<br>_____ | ) CASE NO. 15-53837 MEH<br>) Chapter 11<br>)<br>) R.S. NO. MKO-139<br>)<br>) **MOTION FOR RELIEF FROM STAY**<br>)<br>) DATE: 4/26/2018<br>) TIME: 1:00 p.m.<br>) JUDGE: Hammond<br>) PLACE: 280 S. First Street<br>)      Courtroom 3020<br>)      San Jose, CA 95113<br>)<br>)<br>)<br>)<br>) |

**TO: Majid Marhamat, Debtor; Lars Fuller, Attorney for Debtor; The U.S. Trustee and all creditors served with this motion:**

PLEASE TAKE NOTICE that Movants Lawrence Wu and Mealea Men, creditors of the above Debtor, hereby move this Court, pursuant to Local Rule 4001, Bankruptcy Rule 9014 and

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

11 U.S.C. section 362, to vacate the Automatic Stay entered into this proceeding on or about December 03, 2015 and as extended by the Court, and to authorize and permit Movants to renew their judgment in the Superior Court against the debtor under California law, to allow the filing of a memorandum of accrued interest to bring the judgment current in its amount, to record the notice and renewal of the judgment under California Code of Civil Procedure sections 683.010 et seq. Movants further request an order that allows service of the Notice, Application for Renewal, and recorded notice upon the Debtor, as well as an order that is binding upon the Debtor in the event of a further or subsequent bankruptcy filing. Movants request that the 14 day stay imposed by Bankruptcy Rule 4001 be waived.

    This Motion is based upon cause and a lack of adequate protection, in that the Movants judgment will expire in August of 2018, and the judgment requires renewal for the judgment to remain in effect. Further, the act of renewing the judgment is clerical in nature, and that the debtor will suffer no harm or prejudice in that no collection activity is contemplated by the renewal of the judgment. Service of the notice of the renewed judgment and related documents will not prejudice the debtor as the debtor is aware of the judgment and the parties have attempted to mediate this matter previously. And lastly, that the Memorandum of costs is required to accurate state the amount of the outstanding judgment and this figure is provided for in the Notice and Renewal of Judgment.

    This motion is based upon this Motion, the Notice of Hearing, the Declarations of Lawrence Wu and Mark K. Oto, the Motion for Relief Cover Sheet and upon the pleadings and papers on file in these proceedings and upon such further oral and documentary evidence as may be presented at the time of hearing in this matter.

    Wherefore, Movants pray:

1. For an order terminating the automatic stay as to Movants and permitting Movants to renew the judgment in Santa Clara Superior Court, case number 106 CV 067705, file a memorandum

of accrued interest, serve the Notice of Renewed Judgment and Application for Renewed Judgment upon the Debtor, and then record and serve a copy of the notice of renewed judgment in accordance with Code of Civil Procedures section 683.180.

2. For an order allowing Movants to correct a typographical error in the judgment, that misspells the name of Movant Mealea Men. The judgment incorrectly spells her name as Melea Men.

3. For a waiver for Bankruptcy Rule 4001(a)(3), requiring a 14 day delay in effecting the order issued;

4. That such order be binding upon the Debtor in the event of a subsequent bankruptcy petition;

5. For such further relief as the Court may deem proper in the circumstances.

DATE: April 11, 2018

Law Offices of Mark K. Oto

_____
Mark K. Oto
Attorney for Movant
Lawrence Wu and Mealea Men