LAW OFFICE OF MARK K. OTO
Mark K. Oto, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

Attorney for Movants
Lawrence Wu and Mealea Men

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| In re:<br><br>MAJID MARHAMAT<br><br>Debtor(s). | CASE NO. 15-53837 MEH<br><br>CHAPTER 11<br><br>**DECLARATION OF LAWRENCE WU IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: April 26, 2018<br>Time: 1:00 p.m.<br>Place: 280 S. First Street<br>San Jose, CA 95113 |

I, Lawrence Wu, declare:

1. I am over the age of eighteen (18) and I am a creditor of the debtor, Majid Marhamat. I make this declaration in support of the present motion for relief of stay brought by Mealea Men and myself. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I could and would testify competently to the truth of the same.

2. Mealea Men and I bought the real property located at 18394 Montpere Way, Saratoga, San Jose, CA 95070 ("Real Property") from the Debtor in January 2004. The Debtor breached his purchase contract with us and was not able to deliver to us the real property free of massive tax liens. The Debtor's combined IRS tax liens and California State Board of Equalization tax liens at the time (2005) was over 1 million dollars, We did, in fact, occupy the real property for seven years (from 2002 to 2004 as tenants, and from 2004 to 2009 as equitable owners). After we had exhausted possible remedies and options to have the real property with clean title, in 2006, we grant deeded the real property back to the Debtor and pursued legal action. That action produced the judgment against the Debtor, which is attached hereto. The judgment reflects monies that we had advanced on the Debtor's mortgages and other property expenses that we had incurred (up to July 2006, when we pursued legal action against the Debtor), while expecting the Debtor to deliver to us the real property with clean title. We actually paid the Debtor's mortgages and other property expenses up to 2009 (from 2004 to 2009). Thus the actual monies we had incurred and paid on the real property were more than double the monetary amount shown on the judgment.

3. At this juncture, Mealea Men and I are seeking relief from the automatic stay to renew the Judgment obtained in Superior Court. The judgment expires in August of 2018 and it is necessary to renew the judgment to preserve our rights under the judgment. No prejudice will be suffered by the Debtor, as the judgment is simply being renewed. I also request that any relief granted include the recording of a certified copy of the application and notice of renewal pursuant to California code of civil procedure section 681.180. In addition, we wish to update the judgment and file a memorandum of accrued interest, which is needed to update the judgment and is also an item contained in the Application for renewal of the judgment.

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed on April 4, 2018, at San Jose, California.

_____
LAWRENCE WU

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

| RECORDING REQUESTED BY | DOCUMENT: 19960842 | Pages: 4 |
|---|---|---|
| AND — | | Fees.... 18.00 |
| WHEN RECORDED MAIL TO: | | Taxes... |
| STEPHEN R. OLIVER | | Copies.. |
| ATTORNEY AT LAW | | AMT PAID 18.00 |
| 2176 THE ALAMEDA | REGINA ALCOMENDRAS SANTA CLARA COUNTY RECORDER Recorded at the request of Attorney | RDE # 001 8/20/2008 11:09 AM |
| SAN JOSE, CA 95126 | | |

( SPACE ABOVE THIS LINE FOR RECORDER'S USE )

## JUDGMENT BY DEFAULT BY COURT
DOCUMENT TITLE

**EXHIBIT** 1

SEPARATE PAGE, PURSUANT TO GOVT. CODE 27361.6

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN R. OLIVER  77630<br>OLIVER & STEPHENSON<br>2176 THE ALAMEDA; SAN JOSE, CA 95126 | (408) 244-9200 | FILED<br>2008 AUG 18 P 1:48<br>D. Wendel |
| ATTORNEY FOR (Name): PLAINTIFF | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA |
|---|
| STREET ADDRESS: 191 N. FIRST ST. |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: SAN JOSE, CA 95113 |
| BRANCH NAME: |

| PLAINTIFF: | LAWRENCE WU, MELEA MEN |
|---|---|
| DEFENDANT: | MAJID MARHAMAT |

| JUDGMENT BY DEFAULT BY COURT<br>☐ Ex Parte (by declaration)  ☐ After Hearing on Date _____ | Case No.:<br>106 CV 067705 |
|---|---|

The defendant(s) __MAJID MARHAMAT__

having been regularly served with summons and copy of complaint, having failed to appear and answer said complaint within the time allowed by law, and the default of said defendant__ having been duly entered, upon application of plaintiff to the Court, and after having heard the testimony and considered the evidence, or pursuant to affidavit on file herein, the Court ordered the following JUDGMENT:

It is ordered and adjudged that plaintiff(s) __LAWRENCE WU, MELEA MEN__

have and recover from said defendant__, the amount of:

| | |
|---:|---|
| Principal | 230,000.00 |
| Pre-judgment interest | 34,496.88 |
| Cost | 362.50 |
| Attorneys fees | 3,000.00 |
| The total sum of the above $ | 267,859.38 |

CONTINUED ON ATTACHMENT 1 FOR JUDGMENT FOR SPECIFIC PERFORMANCE OF SALE CONTRACT FOR 18394 MONTPERE WAY, SARATOGA, CA

Dated: _____   SIGNED ON ATTACHMENT
                                 Judge of the Court

Dated: _____   _____, Clerk

                                By _____, Deputy Clerk

Rev. 1-1-2000                **JUDGMENT BY DEFAULT BY COURT**                    Rosa Printing Catalog #514

ATTACHMENT 1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to the terms of the Residential Purchase Agreement between the parties of January 15, 2004, defendant shall deliver to plaintiffs, through a title company with title insurance, a good and sufficient warranty deed, conveying to the plaintiffs in fee simple, free of personal Tax Liens and Judgment Liens, the following described real property located in the City of Saratoga, County of the Santa Clara, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Commonly known as: 18394 Montpere Way
Saratoga, CA 95070
APN 403-23-029

Dated 18 August 2008

JUDGE OF THE SUPERIOR COURT

EXHIBIT "A"

LEGAL DESCRIPTION

LOT 53, as shown upon that certain Map entitled, "TRACT NO. 1866 VILLA SARATOGA UNIT NO. 3," which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California, on June 28, 1957 in Book 84 of Maps at Page 3.

EXCEPTING THEREFROM the underground water or rights thereto, with no rights of surface entry, as conveyed to San Jose Water Works, a California corporation, by Deed recorded in Book 3862 of Official Records, Page 230.

APN/ARB: 403-23-029

THE FOREGOING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE
ATTEST: DAVID H. YAMASAKI

AUG 1 8 2008

CHIEF EXECUTIVE OFFICER/CLERK
SUPERIOR COURT OF CA COUNTY OF SANTA CLARA
IN AND FOR THE COUNTY OF SANTA CLARA
BY 1) Wendel   DEPUTY