Law Offices of Mark K. Oto
MARK K. OTO, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

Attorney for Creditors
Lawrence Wu and Mealea Men

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MAJID MARHAMAT<br><br><br><br><br><br><br>Debtor, | CASE NO. 15-53837 MEH<br>CHAPTER 11<br><br>**DECLARATION OF MARK K. OTO IN SUPPORT OF MOTION FOR RELIEF OF STAY**<br><br>DATE: 4/26/18<br>TIME: 1 P.M.<br>JUDGE: HAMMOND<br>COURTROOM: 3020 |

I, Mark K. Oto, declare:

1. I am over the age of eighteen (18) and am the attorney for Lawrence Wu and Mealea Men, judgment creditors of the Debtor, Majid Marhamat. I make this declaration in support of Movants' motion for relief of the automatic stay. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I could and would testify competently to the truth of the same.

2. Movant's hold a judgment against the debtor which awards monetary damages and requires the Debtor to deliver to the Movants clear title to the real property located at

18394 Montpere Way, Saratoga, San Jose, CA 95070 ("Real Property"). A copy of the judgment is attached to the declaration of Lawrence Wu, filed in support of this motion.

3. The judgment will expire or become unenforceable after 10 years, or August of 2018. CCP section 683.020. To maintain the enforceability of the judgment, Movants seek to renew the judgment in the Superior Court of Santa Clara, where the original judgment issued. Renewal of the judgment is governed by California Code of Civil Procedure section 683.010. The act of renewing the judgment is clerical in nature. The papers drafted for the renewal of judgment are attached hereto as Exhibit 1.

4. The judgment, as entered, contains a typographical error regarding the name of judgment creditor Mealea Men. The judgment identifies her as Melea Men. Relief is also sought, if necessary to obtain a state court order correcting the name of Ms. Men so that the renewal of judgment may issue.

5. Further, Movants wish to bring the judgment amount "up to speed" by adding the amount of accrued interest due on the judgment. As the Court is aware, California money judgments bear interest at the rate of 10% per annum. CCP Section 685.010. The judgment awards monetary damages of $267,859.38 and is dated August 18, 2008. The annual rate of interest at 10% is $26,785.93 a year. At the time of the hearing, 9.66 years will have elapsed since the date of judgment and the judgment will have accrued interest in an amount not less than $258,752.08. A copy of the memorandum of accrued interest is attached hereto as Exhibit 2. As the Court can tell the renewal of judgment form, requests the Movants to fill in the amount of accrued interest.

6. Lastly, once the renewal of judgment has been entered, creditors are required to record the notice of renewal, containing the application with the County Recorder in order to continue the lien on the property. CCP section 683.180. Relief is also sought to allow Movants

to serve the Notice and Application for Renewal of Judgment upon the Debtor and also to record the Notice and Application with the Santa Clara County Recorder.

7. No collection activity is intended as a result of these actions. Movants, at this time, simply wish to renew the judgment and take those actions needed to renew the judgment, state the accrued interest, and record the renewed judgment.

8. The Debtor is aware of the judgment, having filed a motion to avoid the lien contained in the recorded judgment in his chapter 7 case, 10-59396. The parties also sought mediation but those efforts did not, at that time, succeed. The present motion simply preserves the status quo and it is requested that the stay be terminated to accomplish this.

9. A waiver of the stay period under Bankruptcy Rule 4001 is sought. While the Debtor has filed a motion to dismiss, to be heard on May 6, 2018, this motion could be continued or if granted, the Debtor may refile his petition, which will simply delay creditors from renewing their judgment. Movants' wish to quickly proceed to renew their judgment, whether or not the Debtor dismisses his case and/or refiles a new case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed on April 11, 2018 at San Jose, California.

/s/Mark K. Oto
Mark K. Oto   SBN 100058
Attorney for Movants

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Law Office of Mark K. Oto   SBN   100058 <br> 255 North Market Street, Suite 260 <br> San Jose, CA  95110 | TELEPHONE NO.: <br> 408-993-0303 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*:  Judgment Creditors Wu and Men | | |

NAME OF COURT:  Superior Court of Santa Clara County
STREET ADDRESS:  191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE:  San Jose, CA  95113
BRANCH NAME:  Downtown San Jose Courthouse

PLAINTIFF:  Lawrence Wu and Mealea Men

DEFENDANT:  Majid Marhamat

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER: <br> 106 CV  067705 |
|---|---|

TO JUDGMENT DEBTOR *(name)*:  Majid Marhamat

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.
2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.
3. You must make this motion within **30 days** after service of this notice on you.
4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900)*.

Date:                                                   Clerk, by _____, Deputy

[SEAL]

See CCP 683.160 for information on method of service

**EXHIBIT ___1___**

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov

Page 1 of 1

# EJ-190

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Law Office of Mark K. Oto   SBN 100058
255 North Market Street, Suite 260
San Jose, CA 95110

TEL NO.: 408-993-0303   FAX NO. (optional):
E-MAIL ADDRESS (Optional):
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 191 North Market Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown San Jose Courthouse

PLAINTIFF: Lawrence Wu and Mealea Men
DEFENDANT: Majid Marhamat

## APPLICATION FOR AND RENEWAL OF JUDGMENT

CASE NUMBER: 106 CV 067705

[X] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Lawrence Wu and Mealea Men
   1319 Blossom Hill Road, San Jose, CA 95118

2. Judgment debtor *(name and last known address):*
   Majid Marhamat
   18394 Montpere Way, Saratoga, CA 95070

3. Original judgment
   a. Case number *(specify):* 106 CV 067705
   b. Entered on *(date):* August 18, 2008
   c. Recorded:
      (1) Date: August 20, 2008
      (2) County: Santa Clara
      (3) Instrument No.: 19960842

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . $ 267,859.38
   b. Costs after judgment . . . . . . . . . . . . . . . . $
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . $ 267,859.38
   d. Credits after judgment . . . . . . . . . . . . . . . $ 0.00
   e. Subtotal *(subtract d from c)* . . . . . . . . . . $ 267,859.38
   f. Interest after judgment . . . . . . . . . . . . . . . $ 258,752.08
   g. Fee for filing renewal application . . . . . . . $ 30.00
   h. **Total renewed judgment** *(add e, f, and g)* $ **526,641.46**

   i. [ ] The amounts called for in items a–h are different for each debtor.
          These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140

Case: 15-53837   Doc# 153   Filed: 04/11/18   Entered: 04/11/18 12:51:51   Page 5 of 8

| SHORT TITLE: Wu and Men v. Marhamat | CASE NUMBER: 106 CV 067705 |
|---|---|

6. [x] Renewal of judgment for    [ ] possession.    [ ] sale.

   a. [x] If judgment was not previously renewed, terms of judgment as entered:

      Monetary judgment for $267,859.38 in favor of Plaintiffs and against Defendant. Judgment further provides that "pursuant to the Residential Purchase Agreement between the parties of January 15, 2004, defendant shall deliver to plaintiffs, through a title company with title insurance, a good and sufficient warranty deed, conveying to plaintiffs in fee simple, free of personal Tax Liens and Judgment Liens, the following described real property located in the City of Saratoga, County of Santa Clara, State of California: Lot 53, as shown upon that certain Map entitled, "Tract No. 1866 VILLA SARATOGA UNIT NO. 3," which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California, on June 28, 1957, in Book 84 of Maps at Page 3. Excepting therefrom the underground water or rights thereto, with no rights of surface entry, as conveyed to San Jose Water Works, a California corporation, by Deed recorded in Book 3862 of Official Records, Page 230. APN/ARB 403-23-029
      Commonly known as: 18394 Montpere Way, Saratoga, CA 95070. APN 403-23-029

   b. [ ] If judgment was previously renewed, terms of judgment as last renewed:

   c. [x] Terms of judgment remaining unsatisfied:

      Monetary judgment of $267,859.38 and conveyance of property remain unsatisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 11, 2018

Lawrence Wu and Mealea Men
(TYPE OR PRINT NAME)        ▶        (SIGNATURE OF DECLARANT)

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: 100058 | FOR COURT USE ONLY |
|---|---|
| NAME: Mark K. Oto<br>FIRM NAME: Law Office of Mark K. Oto<br>STREET ADDRESS: 255 North Market Street, Suite 260<br>CITY: San Jose STATE: CA ZIP CODE: 95110<br>TELEPHONE NO.: 408-993-0303 FAX NO. :<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): Lawrence Wu and Mealea Men | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>STREET ADDRESS: 191 North First Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, CA 95110<br>BRANCH NAME: Downtown San Jose Courthouse | EXHIBIT 2 |
| Plaintiff: Lawrence Wu and Mealea Men<br>Defendant: Majid Marhamat | |
| **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** | CASE NUMBER:<br>106 CV 067705 |

1. ☐ **Postjudgment costs**
   a. I claim the following costs after judgment incurred within the last two years (*indicate if there are multiple items in any category*):

   |  | Dates Incurred | Amount |
   |---|---|---|
   | (1) Preparing and issuing abstract of judgment | | $ |
   | (2) Recording and indexing abstract of judgment | | $ |
   | (3) Filing notice of judgment lien on personal property | | $ |
   | (4) Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county)*: | | $ |
   | (5) Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ |
   | (6) Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
   | (7) Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ |
   | (8) Other: _____ *(Statute authorizing cost)*: _____ | | $ |
   | (9) Total of claimed costs for current memorandum of costs *(add items (1)–(8))* | | $ |

   b. All previously allowed postjudgment costs $
   c. Total of all postjudgment costs *(add items a and b)* $

2. ☒ **Credits to Interest and principal**
   a. I acknowledge total payments to date in the amount of: $ 0.00 (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $ 0.00 ; credit to judgment principal $ 0.00 .
   b. **Principal remaining due:** The amount of judgment principal remaining due is $ 267,859. . (See Code Civ. Proc., § 680.333.)

3. ☒ **Accrued interest remaining due:** I declare interest accruing (at the legal rate) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal) remaining due in the amount of $ 258,752 .

4. I am the: ☐ judgment creditor ☐ agent for the judgment creditor ☒ attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 18, 2018

Mark K. Oto ▶
(TYPE OR PRINT NAME)           (SIGNATURE OF DECLARANT)

---

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2018]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

## PROOF OF SERVICE

[X] Mail    [X] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is:
   255 North Market Street, Suite 260, San Jose, CA 95110

3. [X] I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b)*:

   a. [X] **Mail.** I am a resident of or employed in the county where the mail occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [X] **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [X] **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:

         (a) Name of person served: Majid Marhamat
         (b) Address on envelope: 18394 Montpere Way, Saratoga, CA 95070
         (c) Date of mailing: April 26, 2018
         (d) Place of mailing *(city and state)*: San Jose, CA 95110

   b. [X] **Personal delivery.** I personally delivered a copy as follows.
      (1) Name of person served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 26, 2018

Mark K. Oto
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)