Law Offices of Mark K. Oto
MARK K. OTO, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

Attorney for Creditors
Lawrence Wu and Mealea Men

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Majid Marhamat,<br><br>    Debtor.<br>_____ | ) CASE NO. 15-53837 MEH<br>) Chapter 11<br>)<br>) **OPPOSITION TO DEBTOR'S**<br>) **MOTION TO DISMISS**<br>)<br>DATE: 5/03/2018<br>TIME: 10:30 a.m.<br>JUDGE: Hammond<br>PLACE: 280 S. First Street<br>    Courtroom 3020<br>    San Jose, CA 95113 |

    Creditors Lawrence Wu and Mealea Men ("Movants") hereby object to the Debtor's Motion to Dismiss on the grounds that Creditors have obtained relief of stay, effective May 5, 2018, and that the dismissal of the Debtor's case on May 3, 2018, exposes them to multiple filings and the expense of having to re-file a motion for relief, and that such actions are unnecessary if the dismissal of the case is delayed.

                                                      Law Office of Mark K. Oto

Dated: April 27, 2018                                /S/Mark K. Oto_____
                                                               Attorney for Creditors
                                                               Lawrence Wu and Mealea Men

1       Opposition to Dismissal