Law Offices of Mark K. Oto
MARK K. OTO, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

The following constitutes
the order of the court. Signed May 7, 2018

Attorney for Moving Parties
Lawrence Wu and Mealea Men

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | CASE NO. 15-53837 MEH |
| | Chapter 11 |
| Majid Marhamat, | |
| | R.S. NO. MKO-139 |
| Debtor. | |
| _____ | **ORDER GRANTING MOTION FOR** |
| | **RELIEF OF THE AUTOMATIC** |
| Lawrence Wu and Mealea Men | **STAY** |
| Moving Parties, | DATE: 4/26/2018 |
| | TIME: 1:00 p.m. |
| v. | JUDGE: Hammond |
| | PLACE: 280 S. First Street |
| Majid Marhamat; | Courtroom 3020 |
| | San Jose, CA 95113 |
| Respondent(s). | |
| _____ | |

    The Motion for Relief from Automatic Stay of Lawrence Wu and Mealea Men ("Movants") came on regularly for hearing on April 26, 2018, at 1:00 p.m., before the Honorable M. Elaine Hammond, Judge of the United States Bankruptcy Court. Erik R. Jones appeared on behalf of Movants and the Office of Lars T. Fuller on behalf of the Debtor.

1

Having considered the arguments set forth in the moving papers and the statements of those appearing before the Court, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1.  The motion is granted effective May 5, 2018, and the automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated as to Moving Parties Lawrence Wu and Mealea Men, who shall be permitted to file a renewal of the judgment held by them in case number 106 CV 067705 filed in the Santa Clara County Superior Court. Movants shall be permitted to file a memorandum of accrued interest, shall be permitted to serve the Debtor and with the renewal of judgment documents and may proceed to record the notice of renewal with the Santa Clara County Recorder.

2.  No other activity to collect the judgment held by Movants is authorized by this order.

3.  The 14 day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

**END OF ORDER**

COURT SERVICE LIST

Majid Marhamat
18394 Montpere Way
Saratoga, CA 95070
(Debtor)

LAW OFFICES OF
**MARK K. OTO**
255 NORTH MARKET STREET
SUITE 260
**SAN JOSE, CALIFORNIA 95110**
TELEPHONE (408) 993-0303