ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



In re: [CASE NAME]   Majid Marhamat

Case No.   15-53837-MEH

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 09/30/18     **PETITION DATE:** 03/23/16

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in  $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $19,004 | $22,835 | |
| b. Total Assets | $1,365,924 | $1,369,755 | $1,352,967 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $1,594,531 | $1,596,313 | $1,647,122 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $0 | $6,100 | $172,482 |
| b. Total Disbursements | $3,832 | $8,314 | $157,722 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($3,832) | ($2,214) | $14,760 |
| d. Cash Balance Beginning of Month | $18,592 | $20,806 | $0 |
| e. Cash Balance End of Month (c + d) | $14,760 | $18,592 | $14,760 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                         Yes       No
8. Have any payments been made on pre-petition debt, other than payments in the normal                         x
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of                       x
   payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                         x
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?        x
13. Are a plan and disclosure statement on file?                                                                  x
14. Was there any post-petition borrowing during this reporting period?                                          x

15. Check if paid: Post-petition taxes ___;   U.S. Trustee Quarterly Fees  x  ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10/29/18

Responsible Individual

Case: 15-53837   Doc# 180   Filed: 10/31/18   Entered: 10/31/18 16:38:14   Page 1 of 5

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 09/30/18

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $14,760 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals *(Fuller retainer removed with june pmt)* | | $4,244 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $19,004 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | x | $1,345,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: Personal Household Items | x | $1,920 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $1,346,920 |
| 18 | **Total Assets** | | $1,365,924 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) *estimated no statement provided* | | $652,409 |
| 29 | Secured claims (other) | | $416,423 |
| 30 | Priority unsecured claims | | $489,847 |
| 31 | General unsecured claims | | $35,852 |
| 32 | **Total Pre-Petition Liabilities** | | $1,594,531 |
| 33 | **Total Liabilities** | | $1,594,531 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $1,594,531 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 09/30/18

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Consulting Income | $0 | $172,482 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $172,482 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $1,782 | $43,460 |
| 17 | Interest Paid | $2,050 | $39,701 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Landscaping and Maintenance) | | $2,414 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $23,321 |
| 30 | Other Taxes | | $19,000 |
| 31 | Other Cash Outflows: | | |
| 32 | Trustee fees | $0 | $4,475 |
| 33 | Mortgage payment applied to escrow | $0 | $8,459 |
| 34 | Bank Fees | | $63 |
| 35 | Debtor in Possession checks | $0 | $27 |
| 36 | Professional Fees Accounting /Legal | | $16,802 |
| 37 | **Total Cash Disbursements:** | $3,832 | $157,722 |
| 38 | **Net Increase (Decrease) in Cash** | ($3,832) | $14,760 |
| 39 | **Cash Balance, Beginning of Period** | $18,592 | |
| 40 | **Cash Balance, End of Period** | $14,760 | $14,760 |

note: Estimates being used for mortgage as statement has not been provided

Revised 1/1/98

| In re: [CASE NAME] | Majid Marhamat | Case No. | 15-53837-MEH |
|---|---|---|---|

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 09/30/18  **PETITION DATE:** 03/23/16

### Payment to Professionals

| Date | Payee | Amount | Notes |
|---|---|---:|---|
| Mar-16 | Lars T. Fuller | 40,000.00 | Retainer |
| Aug-16 | The Siress Group | 250.00 | Apr, May MOR |
| Sep-16 | The Siress Group | 377.00 | Jun, Jul, Aug MOR |
| Sep-16 | Gohlam Roshan | 150.00 | Tax Return |
| Oct-16 | The Siress Group | 250.00 | Sep, Oct MOR |
| Dec-16 | The Siress Group | 250.00 | Nov, Dec MOR |
| Feb-17 | The Siress Group | 250.00 | Jan, Feb MOR |
| Mar-17 | The Siress Group | 250.00 | Mar, Apr MOR |
| Mar-17 | David Lee Attorney | 1,950.00 | Legal fees |
| Jun-17 | The Siress Group | 250.00 | May, Jun MOR |
| Aug-17 | The Siress Group | 250.00 | Jul, Aug MOR |
| Oct-17 | The Siress Group | 250.00 | Sep, Oct MOR |
| Jan-18 | The Siress Group | 250.00 | Nov, Dec MOR |
| Apr-18 | The Siress Group | 250.00 | Jan, Feb MOR |
| May-18 | Saeed Ghaffari | 5,000.00 | State Lawyer |
| Apr-18 | Saeed Ghaffari | 200.00 | State Lawyer |
| Jun-18 | Lars T. Fuller | 6,000.00 | Legal fees |
| Jun-18 | The Siress Group | 250.00 | Mar, Apr MOR |
| Jul-18 | The Siress Group | 375.00 | May, June, July MOR |

Font Size

Close Window | Print Screen

## Account Register Printable View

### Regular Checking - xxxxxx1697

**Account Number:** xxxxxx1697
**Prior Day Balance:** $2,155.50
**Current Balance:** $2,155.50
**Available Balance:** $2,155.50

**TRANSACTIONS PENDING**

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|

**No Pending Transactions**

**TRANSACTIONS CLEARED BETWEEN 09/01/2018 AND 09/30/2018**

| Date | Transaction | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| 09/06/2018 | Debit | FAY SERVICING 9412277737ACH PMTS PPD*******452 MAJID MARHAMAT REF # 018248005508380 | ✓ | $3,832.14 | |

**Transaction Status Legend:**

| ✓ Cleared | ▦ Scheduled | ⇌ In Progress | ✕ Problem |

Transaction history may not be available for new Online Banking customers or for recently opened accounts until the next business day. You can see statement versions of your account activity by clicking on the eStatements link above.